UNITED STATES of America,
Plaintiff—Appellee,

v.

John BECK, Defendant—Appellant.

No. 02–3902.

United States Court of Appeals,
Sixth Circuit.

March 16, 2004.

Gary D. Arbeznik, Asst. U.S. Attorney, U.S. Attorney's Office, Cleveland, OH, for Plaintiff–Appellee.

Gary H. Levine, Cleveland, OH, for Defendant–Appellant.

Before MERRITT and DAUGHTREY, Circuit Judges; and HOOD, District Judge.*

**ORDER**

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is there-

---

* The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.

fore **ORDERED** that said judgment be and it hereby is affirmed.